UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL HILTON,

                Petitioner,

    -against-                             07 Civ. 8611
                                        (GBD)(MHD)

WILLIAM BROWN, Superintendent,
Eastern Correctional Facility,

                Respondent.

------------------------------------------------------------x

## ORDER GRANTING LEAVE TO PROCEED
## IN FORMA PAUPERIS

It is hereby ordered that petitioner MICHAEL HILTON is granted leave to proceed with his Petition for Writ of Habeas Corpus in forma pauperis.

_____
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS

'NOV 0 6 2007

Dated:    New York, New York
            October 31, 2007